```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 19881
RAY THOMAS
ROSIE THOMAS                                    CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
    SSN XXX-XX-3707     SSN XXX-XX-7583


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/26/07 and confirmed on 01/14/08.

    2.  The case was dismissed after confirmation, 04/24/2008.

    3.  The Debtor paid a total of $    770.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                        PAID         PAID
------------------------------------------------------------------------
SAXON MORTGAGE SERVICES   CURRENT MORTG        .00          .00          .00
SAXON MORTGAGE SERVICES   MORTGAGE ARRE        .00          .00          .00
NATURES EDGE HOMEOWNERS   SECURED           529.82          .00        86.79
AMERICREDIT FINANCIAL     SECURED VEHIC   10979.88          .00       648.57
KANE COUNTY TREASURER     SECURED              .00          .00          .00
ASSET ACCEPTANCE CORP     UNSECURED         320.24          .00          .00
AURORA RADIOLOGY CONSULT  UNSECURED        NOT FILED        .00          .00
BANK ONE                  UNSECURED        NOT FILED        .00          .00
CBCS                      UNSECURED        NOT FILED        .00          .00
COMED                     UNSECURED        NOT FILED        .00          .00
RESURGENT CAPITAL SERVIC  UNSECURED         564.59          .00          .00
DEPENDON COLLECTION SERV  UNSECURED        NOT FILED        .00          .00
DIVERSIFIED SVC GROUP     UNSECURED        NOT FILED        .00          .00
FIRST NATIONAL BANK       UNSECURED        NOT FILED        .00          .00
MCI                       UNSECURED        NOT FILED        .00          .00
MEDICAL COLLECTION SYSTE  UNSECURED        NOT FILED        .00          .00
NICOR GAS                 UNSECURED        NOT FILED        .00          .00
NORTHWESTERN MEDICAL FAC  UNSECURED        NOT FILED        .00          .00
NORTHWESTERN MEMORIAL HO  UNSECURED        NOT FILED        .00          .00
PREVENTATIVE MED ASSOC    UNSECURED        NOT FILED        .00          .00
------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                        PAID         PAID
------------------------------------------------------------------------
PROVENA MERCY CENTER      UNSECURED        NOT FILED        .00          .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         328.13          .00          .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         213.80          .00          .00
         Summary of disbursements:
------------------------------------------------------------------------
                    SECURED     PRIORITY     UNSECURED      OTHER       TOTAL
------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED      11509.70              .00         1426.76            .00        12936.46
PRINCIPAL PAID            735.36              .00             .00            .00          735.36
INTEREST PAID                .00              .00             .00            .00             .00
TOTAL PAID                735.36              .00             .00            .00          735.36
```

The Debtor's attorney, LEGAL HELPERS PC                    , was allowed $   3500.00
and was paid $    1010.00   direct and $        .00   through the plan.

The Trustee received $       34.64 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 07/23/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE